USAO 2012R00305

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. WDQ-15-044 |
| v. | * | (Illegal Tobacco Products, |
| | * | 26 U.S.C. §§ 5751(1)(a) and 5762(b); |
| TIMUR YUSUFOV, | * | Aiding & Abetting, 18 U.S.C. § 2) |
| Defendant | * | |

\*\*\*\*\*\*

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 0 5 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## INFORMATION

The United States Attorney for the District of Maryland charges:

In or about December 2012, in the State and District of Maryland, the defendant,

**TIMUR YUSUFOV,**

did knowingly aid and abet the receipt of, after removal, any tobacco products and cigarette papers and tubes upon which the federal tax had not been paid and determined in the manner and at the time prescribed by Chapter 52 of Title 26 of the United States Code, or regulations thereunder.

26 U.S.C. §§ 5751(1)(a) and 5762(b)
18 U.S.C. § 2

_Rod Rosenstein_
Rod J. Rosenstein
United States Attorney

_____
Date